UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IESHA REAVES,<br><br>Plaintiff,<br><br>v.<br><br>KASH PATEL,<br><br>Defendant. | Civil Action No. 26-1803 (CJN) |

**DEFENDANT'S OPPOSITION**
**TO PLAINTIFF'S MOTION FOR PRODUCTION**

Plaintiff's Motion for Production (ECF No. 24) should be denied. This is yet another baseless motion that seeks to revisit an issue already addressed in Defendant's prior oppositions: Plaintiff has never properly served Defendant in either his individual or official capacity, before or after removal of this case to federal court, and to date, service has still not been properly effectuated. *See* Def.'s Opp'ns (ECF Nos. 13, 16, 21, 22).

Plaintiff now seeks, pursuant to 28 U.S.C. § 1447(b), an order requiring production of additional Superior Court service and mailing records relating to the pending motion to remand. *See* Pl.'s Mot. for Production at 1 (ECF No. 24). But the Superior Court for the District of Columbia ("Superior Court") record has already been filed with this Court (ECF No. 4). That record includes the Superior Court's May 8, 2026 order describing the Superior Court Clerk's March 19, 2026 mailing as an attempt to serve Defendant, noting that Defendant had not returned the acknowledgment form, and extending Plaintiff's time to effectuate service. *See* May 8, 2026 Superior Court Order (ECF No. 13-1 at 3). Additional documentation concerning that mailing would not establish proper service on Defendant, as required by the applicable service rules and

previously explained by Defendant. *See* Def.'s Opp'n to Mot. to Remand (ECF No. 13 at 5–7). The relief requested in the Motion for Production is therefore unnecessary, and the Court can resolve the pending motion to remand on the existing record.

**CONCLUSION**

Defendant respectfully requests that the Court deny Plaintiff's Motion for Production (ECF No. 24). A proposed order is attached.

Dated: November 4, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Brett Covington_*
BRETT COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IESHA REAVES,<br><br>Plaintiff,<br><br>v.<br><br>KASH PATEL,<br><br>Defendant. | Civil Action No. 26-1803 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Production (ECF No. 24), it is hereby **ORDERED** that such motion is **DENIED**.

**SO ORDERED**, this ___ day of _____________, 2026.

_____________________________
CARL J. NICHOLS
United States District Judge